# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMONE YOUNG

NO. 2025 KW 0973

**DECEMBER 30, 2025**

---

In Re:  Damone Young, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 21-FELY-825371.

---

**BEFORE:  LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot review the ruling at issue because relator failed to include a copy of the petition for revocation, the February 13, 2025 probation revocation hearing transcript, and any other documentation from the record that would support the claims set forth in the writ application. The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-1. Accordingly, relator should make his written request for a free copy of the probation revocation transcript directly with the Terrebonne Parish Clerk of Court's Office. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before March 13, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT